IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FOSTER WATKINS,<br><br>Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA, and MICHAEL MYERS, The Director of the Douglas County Corrections Center Corporation (DCCCC);<br><br>Respondents. | 8:22CV277<br><br>MEMORANDUM AND ORDER |

    Petitioner filed a Petition for Writ of Habeas Corpus, Filing No. 1, and a Motion for Leave to Proceed in Forma Pauperis, Filing No. 7. Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this Court (*see* inmate trust account statement at Filing No. 9), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. *See* 28 U.S.C. § 1915(a)(1).

    IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis, Filing No. 7, is granted. The next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of

the Rules Governing Section 2254 cases. The Court will conduct this review in its normal course of business.

Dated this 30th day of August, 2022.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Court