IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FOSTER WATKINS,<br><br>Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA, and MICHAEL MYERS, The Director of the Douglas County Corrections Center Corporation (DCCCC);<br><br>Respondents. | 8:22CV277<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. On August 9, 2022, the Clerk of the Court sent an order to Plaintiff at his last known address, Filing No. 6, which was returned to this Court as undeliverable on October 4, 2022, Filing No. 11. Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2.      The Clerk of the Court is directed to send a copy of this Memorandum and Order to Plaintiff's last known address listed in the Complaint, Filing No. 3.

3.      The Clerk of the Court is further directed to set a pro se case management deadline in this case using the following text: **November 16, 2022**: check for address update.

Dated this 17th day of October, 2022.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Court